IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. 3:20-cr-30163-DWD |
| ) | |
| PIERRE Q. WILMINGTON,   ) | |
| ) | |
| Defendant.   ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On November 15, 2021, the Court entered a Preliminary Order of Forfeiture (Doc. 41) against Defendant for the following property, which has been seized from Defendant:

**.40 caliber ammunition and a Hi-Point magazine.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government now provides a sworn Declaration of Publication (Doc. 50-1) that notice was published on an official government website, www.forfeiture.gov, for at least 30 consecutive days, beginning February 8, 2024, and ending March 8, 2024. No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property.

Therefore, the Court **FINDS**, under 21 U.S.C. § 853(n)(7), no third-party petitions were filed and the United States of America has clear title to the above-described

1

property, which was the subject of the Preliminary Order of Forfeiture, namely:

**.40 caliber ammunition and a Hi-Point magazine**.

As such, the Court **GRANTS** the Government's Motion for an Order of No Third-Party Interests. (Doc. 48). The U.S. Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

**SO ORDERED**.

Dated: April 24, 2024

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge
